

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

Delaware

Maryland

Texas

Florida

Michael D. Sirota
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6262
Writer's Direct Fax: 201.678.6262
Writer's E-Mail: msirota@coleschotz.com

October 17, 2023

TO:  All Parties-in-Interest

Re: DirectBuy Home Improvement, Inc.
Case No. 23-19159 (SLM)

Dear Sir/Madam:

Please be advised that on October 16, 2023, DirectBuy Home Improvement, Inc. d/b/a Z Gallerie, as a debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

A hearing (the "Hearing") on the following motions and applications (collectively, the "First Day Motions") has been scheduled to take place before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, in Courtroom 3A of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, on **October 18, 2023 at 10:30 a.m. (ET)** or as soon thereafter as counsel may be heard:

1. Debtor's Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief;

2. Debtor's Motion Seeking Entry of an Order Extending Time to (I) File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief;

3. Debtor's Application for Appointment of Stretto, Inc. as Claims and Noticing Agent;

4. Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (V) Granting Related Relief;



TO: All Parties-in-Interest
October 17, 2023
Page 2

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief;

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief;

7. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief;

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief;

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay or Honor Prepetition Claims of (A) Critical Vendors and (B) Lien Claimants and (II) Granting Related Relief;

10. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Authorizing Use of Cash Collateral and Affording Adequate Protection; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief.

Copies of the First Day Motions are available on the Debtor's claims and noticing agent website at https://cases.stretto.com/DBHI.

Objections, if any, to the First Day Motions may be made at the Hearing pursuant to Rule 9013-5(d) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey.

Please be guided accordingly.

Very truly yours,

*/s/ Michael D. Sirota*

Michael D. Sirota

66711/0001-46262115v1