**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
David M. Bass, Esq.
dbass@coleschotz.com
Matteo Percontino, Esq.
mpercontino@coleschotz.com

*Proposed Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DIRECTBUY HOME IMPROVEMENT, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-19159 (SLM) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON OCTOBER 18, 2023 AT 10:30 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
      via the Court's CM/ECF System

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard on **October 18, 2023, at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Judge Stacey L. Meisel:

1. Debtor's Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 3]

---

[1] The debtor's last four digits of its federal tax identification number is 4292. The location of debtor's principal place of business is 1855 W. 139th Street, Gardena, California 90249.

46297600

Related Documents:

   A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

   B. Application for Expedited Consideration [Docket No. 15]

   C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status:  This matter is going forward with permission of the Court.

2. Debtor's Motion Seeking Entry of an Order Extending Time to (I) File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 4]

   Related Documents:

   A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

   B. Application for Expedited Consideration [Docket No. 15]

   C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

   Status:  This matter is going forward with permission of the Court.

3. Debtor's Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 5]

   Related Documents:

   A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

   B. Application for Expedited Consideration [Docket No. 15]

   C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

   Status:  This matter is going forward with permission of the Court.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (V) Granting Related Relief [Docket No. 6]

    Related Documents:

    A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

    B. Application for Expedited Consideration [Docket No. 15]

    C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

    Status: This matter is going forward with permission of the Court.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7]

    Related Documents:

    A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

    B. Application for Expedited Consideration [Docket No. 15]

    C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

    Status: This matter is going forward with permission of the Court.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain and Administer their Existing Customer Programs and Honor Certain

Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 8]

Related Documents:

    A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

    B. Application for Expedited Consideration [Docket No. 15]

    C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status: This matter is going forward with permission of the Court.

7. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9]

Related Documents:

    A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

    B. Application for Expedited Consideration [Docket No. 15]

    C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status: This matter is going forward with permission of the Court.

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 10]

Related Documents:

    A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

    B. Application for Expedited Consideration [Docket No. 15]

      C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status:  This matter is going forward with permission of the Court.

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay or Honor Prepetition Claims of (A) Critical Vendors and (B) Lien Claimants and (II) Granting Related Relief [Docket No. 11]

Related Documents:

      A. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

      B. Application for Expedited Consideration [Docket No. 15]

      C. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status:  This matter is going forward with permission of the Court.

10. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Authorizing Use of Cash Collateral and Affording Adequate Protection; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Modifying Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 12]

Related Documents:

      A. Declaration of Robert Fetterman in Support of Debtor's Motion For Entry of Interim and Final Orders Authorizing Debtor to Obtain Postpetition Financing and For Related Relief [Docket No. 13]

      B. Declaration of Robert Fetterman, Chief Financial Officer & Interim Chief Executive Officer of the Debtor, in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 14]

      C. Application for Expedited Consideration [Docket No. 15]

      D. Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Docket No. 19]

Status:  This matter is going forward with permission of the Court.

DATED: October 17, 2023 	Respectfully submitted,

**COLE SCHOTZ P.C.**

By: */s/ Michael D. Sirota*
 Michael D. Sirota, Esq.
 Warren A. Usatine, Esq.
 David M. Bass, Esq.
 Matteo Percontino, Esq.
 Court Plaza North
 25 Main Street
 Hackensack, NJ 07601
 (201) 489-3000
 (201) 489-1536 Facsimile
 Email: msirota@coleschotz.com
  wusatine@coleschotz.com
  dbass@coleschotz.com
  mpercontino@coleschotz.com

*Proposed Counsel to the Debtor and Debtor in Possession*