UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq
wusatine@coleschotz.com
David M. Bass, Esq.
dbass@coleschotz.com
Matteo Percontino, Esq.
mpercontino@coleschotz.com

**Order Filed on February 13, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In re

DIRECTBUY HOME IMPROVEMENT, INC.,

Debtor.[1]

Chapter 11

Case No. 23-19159 (SLM)

# BRIDGE ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: February 13, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

[1] The debtor's last four digits of its federal tax identification number is 4292. The location of debtor's principal place of business is 1855 W. 139th Street, Gardena, California 90249.

66711/0002-47064207v1

Page (2)
Debtors:            DIRECTBUY HOME IMPROVEMENT, INC.
Case Nos.           23-19159 (SLM)
Caption of Order:   BRIDGE ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

**THIS MATTER** having been opened to the Court by Cole Schotz P.C. on behalf of the above-captioned chapter 11 debtor and debtor-in-possession, DirectBuy Home Improvement, Inc., (the "Debtor"), upon the motion (the "Motion")[2] of the Debtor for entry of an Order pursuant to 11 U.S.C. §§ 105(a) and 1121(d), extending its Exclusive Periods to file a chapter 11 plan and solicit acceptances thereof pursuant to section 1121 of the Bankruptcy Code, as more fully set forth in the Motion; and the current exclusive period within which the Debtor may file a chapter 11 plan expires on February 13, 2024; and good cause appearing for the entry of this Order (the "Bridge Order");

**IT IS HEREBY ORDERED THAT:**

1. The Motion be, and hereby is, **GRANTED** on a temporary basis pending final approval of the Motion by the Court.

2. The exclusivity period set forth in section 1121 of the Bankruptcy Code is hereby extended pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedures through and including the date by which the Court enters a final order with respect to the Motion.

3. The Bridge Order is effective immediately upon entry.

4. The Debtor's counsel shall serve a true copy of this Bridge Order on the Notice Parties listed in the Motion within seven (7) days of the date hereof.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

66711/0002-47064207v1

Document    Page 3 of 3

| | |
|---|---|
| Page (3) | |
| Debtors: | DIRECTBUY HOME IMPROVEMENT, INC. |
| Case Nos. | 23-19159 (SLM) |
| Caption of Order: | BRIDGE ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE |

5. All parties in interest reserve any and all of their rights with respect to the final determination of the Motion. This Bridge Order is without prejudice to the Debtor's right to seek further extensions of the exclusive periods to file and solicit a chapter 11 plan.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implantation of this Bridge Order.